UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: }

RAYMOND TOWNS GIBSON } CHAPTER 13

NATALIA BUSH GIBSON

DEBTOR(S) } CASE 10-92047-MHM

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $2110.98 on behalf of Raymond Towns & Natalia Bush Gibson. These funds are being remitted to the Registry because the debtor(s) has not claimed the funds.

Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

CERTIFICATE OF SERVICE

This is to certify that I have this 2nd day of November, 2015 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

King & King Law L.L.C
210 Pryor Street, SW
Atlanta, Ga. 30303

Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887