UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| RAYMOND TOWNS GIBSON | | |
| NATALIA BUSH GIBSON | } | CHAPTER 13 |
| DEBTOR | } | CASE NO.  10-92047-A998 |

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and files this Notice that he is remitting
to the Registry of the Clerk of the United States Bankruptcy Court the amount of $718.15 on
behalf of Raymond Towns Gibson and Natalia Bush Gibson.  These funds are being remitted to
the Registry because the debtor has not claimed the funds.

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

CERTIFICATE OF SERVICE

This is to certify that I have this 10ᵗʰ day of Dec , 2015 served the Notice of Deposit
of Unclaimed Funds by 1ˢᵗ class United States Mail to:

King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887